1  ROCKY C. TSAI (SBN 221452)
   (rocky.tsai@ropesgray.com)
2  **ROPES & GRAY LLP**
   Three Embarcadero Center
3  San Francisco, CA 94111-4006
   Telephone: (415) 315-6300
4  Facsimile: (415) 315-6350

5  *ADDITIONAL COUNSEL LISTED ON SIGNATURE PAGE*

6  Attorneys for Plaintiffs Wells Fargo Bank,
7  N.A., as Trustee, *et al.*

FILED
2013 AUG -7 P 3:09

8              UNITED STATES DISTRICT COURT          **CRB**
9              NORTHERN DISTRICT OF CALIFORNIA

11  WELLS FARGO BANK, NATIONAL          )   **CV 13 3663**
    ASSOCIATION, as Trustee, *et al.*    )
12                                       )   Case No. _____
                                         )
13            Plaintiffs,                )
                                         )
14       v.                              )
                                         )   **CERTIFICATION OF INTERESTED**
15  CITY OF RICHMOND, CALIFORNIA, a      )   **ENTITIES OR PERSONS BY PLAINTIFF**
    municipality, and MORTGAGE           )   **WELLS FARGO BANK, N.A., AS**
16  RESOLUTION PARTNERS LLC;             )   **TRUSTEE FOR SPECIFIC RMBS**
                                         )   **TRUSTS AT ISSUE**
17            Defendants.                )
                                         )   [CIVIL L.R. 3-16]
18                                       )

        Pursuant to Civil Local Rule 3-16, undersigned counsel and Plaintiff Wells Fargo Bank,
N.A., as Trustee, certifies that the following listed entities (i) have a financial interest in the
subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest

1  in that subject matter or in a party that could be substantially affected by the outcome of this
2  proceeding:
3  • Wells Fargo Bank, N.A.
4  • Wells Fargo & Company

7  Dated: August 7, 2013                By _____

**ROPES & GRAY LLP**

Rocky C. Tsai (SBN 221452)
(rocky.tsai@ropesgray.com)
ROPES & GRAY LLP
Three Embarcadero Center
San Francisco, CA 94111-4006
Telephone: (415) 315-6300
Facsimile: (415) 315-6350

Thomas O. Jacob (SBN 125665)
tojacob@wellsfargo.com
WELLS FARGO & COMPANY
Office of General Counsel
45 Fremont Street, Twenty-Sixth Floor
MAC A0194-266
San Francisco, CA 94105
Telephone: (415) 396-4425
Facsimile: (415) 975-7864

Attorney for Wells Fargo Bank, N.A., only

John C. Ertman
(john.ertman@ropesgray.com)
(Pro hac vice applications pending)
Lee S. Gayer
(lee.gayer@ropesgray.com)
Evan P. Lestelle
(evan.lestelle@ropesgray.com)
ROPES & GRAY LLP
1211 Avenue of the Americas
New York, NY 10036-8704
Telephone: (212) 596-9000
Facsimile: (212) 596-9090

Douglas H. Hallward-Driemeier
(douglas.hallward-driemeier@ropesgray.com)
(Pro hac vice application pending)
ROPES & GRAY LLP
One Metro Center
700 12th Street, NW
Suite 900
Washington, DC 20005-3948
Phone: 202-508-4600

Daniel V. McCaughey
(daniel.mccaughey@ropesgray.com)
Nick W. Rose
(nick.rose@ropesgray.com)
ROPES & GRAY LLP
800 Boylston St.
Boston, MA
Phone: 617-951-7000

Attorneys for all Plaintiffs