ROCKY C. TSAI (SBN 221452)
(rocky.tsai@ropesgray.com)
**ROPES & GRAY LLP**
Three Embarcadero Center
San Francisco, CA 94111-4006
Telephone: (415) 315-6300
Facsimile: (415) 315-6350

***ADDITIONAL COUNSEL LISTED ON SIGNATURE PAGE***

Attorneys for Plaintiffs Wells Fargo Bank, N.A., as Trustee, *et al.*

FILED
2013 AUG -7 P 3: 09

CRB

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WELLS FARGO BANK, NATIONAL ASSOCIATION, as Trustee; *et al.*<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF RICHMOND, CALIFORNIA, a municipality, and MORTGAGE RESOLUTION PARTNERS LLC;<br><br>Defendants. | Case No. CV 13 3603<br><br>**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS BY PLAINTIFFS DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR SPECIFIC RMBS TRUSTS AT ISSUE, AND DEUTSCHE BANK TRUST COMPANY AMERICAS, AS TRUSTEE FOR SPECIFIC RMBS TRUSTS AT ISSUE**<br><br>[CIVIL L.R. 3-16] |

Pursuant to Civil Local Rule 3-16, undersigned counsel and Plaintiffs Deutsche Bank Trust Company Americas, as Trustee, and Deutsche Bank National Trust Company, as Trustee, certify that the following listed entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

- Deutsche Bank Holdings, Inc.
- Deutsche Bank Trust Corporation
- Deutsche Bank AG

Dated: August 7, 2013  By _____

**ROPES & GRAY LLP**

Rocky C. Tsai (SBN 221452)
(rocky.tsai@ropesgray.com)
ROPES & GRAY LLP
Three Embarcadero Center
San Francisco, CA 94111-4006
Telephone: (415) 315-6300
Facsimile: (415) 315-6350

Thomas O. Jacob (SBN 125665)
tojacob@wellsfargo.com
WELLS FARGO & COMPANY
Office of General Counsel
45 Fremont Street, Twenty-Sixth Floor
MAC A0194-266
San Francisco, CA 94105
Telephone: (415) 396-4425
Facsimile: (415) 975-7864

Attorney for Wells Fargo Bank, N.A., only

John C. Ertman
(john.ertman@ropesgray.com)
(Pro hac vice applications pending)
Lee S. Gayer
(lee.gayer@ropesgray.com)
Evan P. Lestelle
(evan.lestelle@ropesgray.com)
ROPES & GRAY LLP
1211 Avenue of the Americas
New York, NY 10036-8704
Telephone: (212) 596-9000
Facsimile: (212) 596-9090

Douglas H. Hallward-Driemeier
(douglas.hallward-driemeier@ropesgray.com)
(Pro hac vice application pending)
ROPES & GRAY LLP
One Metro Center
700 12th Street, NW
Suite 900
Washington, DC 20005-3948
Phone: 202-508-4600

PLAINTIFFS' CIVIL L.R. 3-16 CERTIFICATION OF INTERESTED ENTITIES OR PERSONS
Case No.

1

Daniel V. McCaughey
(daniel.mccaughey@ropesgray.com)
Nick W. Rose
(nick.rose@ropesgray.com)
ROPES & GRAY LLP
800 Boylston St.
Boston, MA
Phone: 617-951-7000

Attorneys for all Plaintiffs

PLAINTIFFS' CIVIL L.R. 3-16 CERTIFICATION OF INTERESTED ENTITIES OR PERSONS
Case No.

2