| | |
|---|---|
| 1 | ROCKY C. TSAI (SBN 221452) |
|   | (rocky.tsai@ropesgray.com) |
| 2 | **ROPES & GRAY LLP** |
|   | Three Embarcadero Center |
| 3 | San Francisco, CA 94111-4006 |
|   | Telephone: (415) 315-6300 |
| 4 | Facsimile: (415) 315-6350 |

FILED

2013 AUG -7 P 3: 09

*ADDITIONAL COUNSEL LISTED ON SIGNATURE PAGE*

Attorneys for Plaintiffs Wells Fargo Bank, N.A., as Trustee, *et al.*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

CV 13 3663

| | |
|---|---|
| WELLS FARGO BANK, NATIONAL ASSOCIATION, as Trustee, *et al.* | ) ) |
| Plaintiffs, | ) Case No. _____ ) ) |
| v. | ) ) |
| CITY OF RICHMOND, CALIFORNIA, a municipality, and MORTGAGE RESOLUTION PARTNERS LLC; | ) DISCLOSURE STATEMENT PURSUANT ) TO FEDERAL RULE OF CIVIL ) PROCEDURE 7.1 OF WELLS FARGO ) BANK, N.A. AS TRUSTEE FOR |
| Defendants. | ) SPECIFIC RMBS TRUSTS AT ISSUE ) |

Pursuant to Fed. R. Civ. P. 7.1, Plaintiff Wells Fargo Bank, N.A., as Trustee for certain mortgage-backed securitization trusts listed in the caption of the Complaint (the "Trusts"), states as follows:

1. Wells Fargo Bank, N.A., is a wholly owned subsidiary of Wells Fargo & Company. Wells Fargo & Company, a publicly traded corporation, has no parent corporation and no publicly traded corporation owns 10% or more of its stock.
2. The Trusts are mortgage-backed securitization trusts for which Wells Fargo Bank, N.A., serves as Trustee.

Pursuant to Fed. R. Civ. P. 7.1(b), Plaintiff will promptly file a supplemental or amended statement if any required information changes.

Dated: August 7, 2013          By _____

**ROPES & GRAY LLP**

Rocky C. Tsai (SBN 221452)
(rocky.tsai@ropesgray.com)
ROPES & GRAY LLP
Three Embarcadero Center
San Francisco, CA 94111-4006
Telephone: (415) 315-6300
Facsimile: (415) 315-6350

Thomas O. Jacob (SBN 125665)
tojacob@wellsfargo.com
WELLS FARGO & COMPANY
Office of General Counsel
45 Fremont Street, Twenty-Sixth Floor
MAC A0194-266
San Francisco, CA 94105
Telephone: (415) 396-4425
Facsimile: (415) 975-7864

Attorney for Wells Fargo Bank, N.A., only

John C. Ertman
(john.ertman@ropesgray.com)
(Pro hac vice applications pending)
Lee S. Gayer
(lee.gayer@ropesgray.com)
Evan P. Lestelle
(evan.lestelle@ropesgray.com)
ROPES & GRAY LLP
1211 Avenue of the Americas
New York, NY 10036-8704
Telephone: (212) 596-9000
Facsimile: (212) 596-9090

| | |
|---|---|
| 1 | Douglas H. Hallward-Driemeier |
| 2 | (douglas.hallward-driemeier@ropesgray.com) (Pro hac vice application pending) ROPES & GRAY LLP |
| 3 | One Metro Center 700 12th Street, NW |
| 4 | Suite 900 Washington, DC 20005-3948 |
| 5 | Phone: 202-508-4600 |
| 6 | Daniel V. McCaughey |
| 7 | (daniel.mccaughey@ropesgray.com) Nick W. Rose |
| 8 | (nick.rose@ropesgray.com) ROPES & GRAY LLP |
| 9 | 800 Boylston St. Boston, MA |
| 10 | Phone: 617-951-7000 |
| 11 | Attorneys for all Plaintiffs |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |