ROCKY C. TSAI (SBN 221452)
(rocky.tsai@ropesgray.com)
**ROPES & GRAY LLP**
Three Embarcadero Center
San Francisco, CA 94111-4006
Telephone: (415) 315-6300
Facsimile: (415) 315-6350

*ADDITIONAL COUNSEL LISTED ON SIGNATURE PAGE*

Attorneys for Plaintiffs Wells Fargo Bank, N.A., as Trustee, *et al.*

FILED
2013 AUG -7 P 3:09

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CRB

| | |
|---|---|
| WELLS FARGO BANK, NATIONAL ASSOCIATION, as Trustee, *et al.*<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF RICHMOND, CALIFORNIA, a municipality, and MORTGAGE RESOLUTION PARTNERS LLC;<br><br>Defendants. | Case No. CV 13 3663<br><br>**DISCLOSURE STATEMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1 OF DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR SPECIFIC RMBS TRUSTS AT ISSUE, AND DEUTSCHE BANK TRUST COMPANY AMERICAS, AS TRUSTEE FOR SPECIFIC RMBS TRUSTS AT ISSUE** |

Pursuant to Fed. R. Civ. P. 7.1, Plaintiffs Deutsche Bank Trust Company Americas, as Trustee for certain mortgage-backed securitization trusts listed in the caption of the Complaint (the "Deutsche Bank Trust Company Americas Trusts") and Deutsche Bank National Trust

Company, as Trustee for certain mortgage-backed securitization trusts listed in the caption of the Complaint (the "Deutsche Bank National Trust Company Trusts"); state as follows:

1. Plaintiff Deutsche Bank Trust Company Americas is an indirect wholly owned subsidiary of Deutsche Bank AG, a banking corporation organized under the laws of the Federal Republic of Germany. Deutsche Bank AG, a publicly traded corporation, has no parent corporation and no publicly traded corporation owns 10% or more of its stock.

2. Plaintiff Deutsche Bank National Trust Company is an indirect wholly owned subsidiary of Deutsche Bank AG, a banking corporation organized under the laws of the Federal Republic of Germany. Deutsche Bank AG, a publicly traded corporation, has no parent corporation and no publicly traded corporation owns 10% or more of its stock.

3. The Deutsche Bank Trust Company Americas Trusts and the Deutsche Bank National Trust Company Trusts are mortgage-backed securitization trusts for which Deutsche Bank Trust Company Americas and Deutsche Bank National Trust Company, respectively serve as Trustees.

Pursuant to Fed. R. Civ. P. 7.1(b), Plaintiffs will promptly file a supplemental or amended statement if any required information changes.

Dated: August 7, 2013   By _____

**ROPES & GRAY LLP**

Rocky C. Tsai (SBN 221452)
(rocky.tsai@ropesgray.com)
ROPES & GRAY LLP
Three Embarcadero Center
San Francisco, CA 94111-4006
Telephone: (415) 315-6300
Facsimile: (415) 315-6350

| | | |
|---|---|---|
| 1 | Thomas O. Jacob (SBN 125665) | John C. Ertman |
| | tojacob@wellsfargo.com | (john.ertman@ropesgray.com) |
| 2 | WELLS FARGO & COMPANY | (Pro hac vice applications pending) |
| | Office of General Counsel | Lee S. Gayer |
| 3 | 45 Fremont Street, Twenty-Sixth Floor | (lee.gayer@ropesgray.com) |
| | MAC A0194-266 | Evan P. Lestelle |
| 4 | San Francisco, CA 94105 | (evan.lestelle@ropesgray.com) |
| | Telephone: (415) 396-4425 | ROPES & GRAY LLP |
| 5 | Facsimile: (415) 975-7864 | 1211 Avenue of the Americas |
| | | New York, NY 10036-8704 |
| 6 | Attorney for Wells Fargo Bank, N.A., only | Telephone: (212) 596-9000 |
| | | Facsimile: (212) 596-9090 |

Douglas H. Hallward-Driemeier
(douglas.hallward-driemeier@ropesgray.com)
(Pro hac vice application pending)
ROPES & GRAY LLP
One Metro Center
700 12th Street, NW
Suite 900
Washington, DC 20005-3948
Phone: 202-508-4600

Daniel V. McCaughey
(daniel.mccaughey@ropesgray.com)
Nick W. Rose
(nick.rose@ropesgray.com)
ROPES & GRAY LLP
800 Boylston St.
Boston, MA
Phone: 617-951-7000

Attorneys for all Plaintiffs