1  ROCKY C. TSAI (SBN 221452)
   (rocky.tsai@ropesgray.com)
2  **ROPES & GRAY LLP**
   Three Embarcadero Center
3  San Francisco, CA 94111-4006
   Telephone: (415) 315-6300
4  Facsimile: (415) 315-6350

5

6  Attorneys for Plaintiffs Wells Fargo Bank, N.A.,
   as Trustee, *et al.*

7

8                **UNITED STATES DISTRICT COURT**

9              **NORTHERN DISTRICT OF CALIFORNIA**

10                 **SAN FRANCISCO DIVISION**

11

12  WELLS FARGO BANK, NATIONAL
    ASSOCIATION, as Trustee, *et al.*          )     Case No. CV-13-3663-CRB
13                                             )
                                               )
14            Plaintiffs,                      )
                                               )
15       v.                                    )     **DECLARATION OF JOHN C. ERTMAN**
                                               )
16  CITY OF RICHMOND, CALIFORNIA, a            )     Date:      September 13, 2013
    municipality, and MORTGAGE RESOLUTION      )     Time:      10:00 a.m.
17  PARTNERS LLC;                              )     Judge:     Hon. Charles R. Breyer
                                               )
18            Defendants.                      )
                                               )
19                                             )
                                               )
20                                             )
                                               )
21                                             )
                                               )
22                                             )
                                               )
23                                             )
                                               )
24                                             )

25

26

27

28

---

Declaration of John C. Ertman; Case No. CV-13-3663-CRB

1    I, John C. Ertman, hereby declare, pursuant to 28 U.S.C. § 1746 and under penalty of perjury

2    under the laws of the United States, that the following is true and correct:

3       1.      I am member of the law firm Ropes & Gray LLP, attorneys for Plaintiffs Wells Fargo

4    Bank, National Association, Deutsche Bank Trust Company Americas, and Deutsche Bank National

5    Trust Company.  I submit this declaration in support of Plaintiffs' motion for a preliminary

6    injunction in this action.

7       2.      Attached hereto as Exhibit A is a copy of a letter, dated July 31, 2013, sent by the

8    City Manager's Office of Defendant City of Richmond, California ("Richmond") to Deutsche Bank, as

9    Trustee of loans targeted for seizure by Richmond.  Upon information and belief, similar letters were

10   sent on or about this date to other trustees or servicers for approximately 620 loans targeted for

11   seizure by Richmond.

12      3.      Attached hereto as Exhibit B is a true and correct copy of an article from The Wall Street

13   Journal, dated July 4, 2012, titled "Cities Consider Seizing Mortgages" (accessed from The Wall Street

14   Journal's website on August 5, 2013).  That article refers to the following documents published by

15   Defendant Mortgage Resolution Partners LLC ("MRP"), which are available on The Wall Street

16   Journal's website, true and correct copies of which are attached hereto: a slide presentation from MRP to

17   investors titled "Homeownership Protection Program: A Solution to a Critical Problem" (attached hereto

18   as Exhibit C); "Frequently Asked Questions" document by MRP (attached hereto as Exhibit D); and a

19   legal memorandum by Robert Hockett, a Professor of Law at Cornell Law School who, upon

20   information and belief, serves as a paid consultant to MRP (attached hereto as Exhibit E).

21      4.      Attached hereto as Exhibit F is a true and correct copy of an article from the San

22   Francisco Chronicle, dated June 16, 2013, titled "A Rescue for Richmond's Underwater

23   Mortgages?," accessed from the San Francisco Chronicle's website on August 5, 2013.

24      5.      Attached hereto as Exhibit G is a true and correct copy of a letter from MRP, dated July

25   13, 2012, available at http://mortgageresolutionpartners.com/response-to-asf-letter-july-13-2012,

26   accessed on August 5, 2013.

27

28

1

1        6.      Attached hereto as Exhibit H is a true and correct copy of an "Agenda Report," dated

2    April 2, 2013, from the City Manager of the Defendant City of Richmond, California ("Richmond") to

3    Richmond's mayor and members of its city council.

4        7.      Attached hereto as Exhibit I is a true and correct copy of an unexecuted "Advisory

5    Services Agreement" between Richmond and MRP, which was enclosed with the above-referenced

6    "Agenda Report."

7        8.      Attached hereto as Exhibit J is a true and correct copy of a slide presentation titled

8    "Richmond CARES," published by MRP, which was enclosed with the above-referenced "Agenda

9    Report."

10       9.      Attached hereto as Exhibit K is a true and correct copy of an executed "Advisory

11   Services Agreement," dated July 21, 2013, between Richmond and MRP, available at

12   www.ci.richmond.ca.us/documentcenter/view/27354, accessed on August 5, 2013.

13       10.     Attached hereto as Exhibit L is a true and correct copy of an MRP slide presentation

14   titled "North Las Vegas CARES" that, upon information and belief, was presented by MRP to the

15   mayor, members of the city council, and other local officials of the City of North Las Vegas, Nevada.

16       11.     Attached hereto as Exhibit M is a true and correct copy of the "Adopted Operating

17   Budget 2011-2012" for the City of Richmond, available at

18   http://www.ci.richmond.ca.us/index.aspx?NID=2454, accessed on August 5, 2013.

19       12.     The content of a July 2013 radio interview with the City Manager of Richmond, Bill

20   Lindsay, in which Mr. Lindsay noted that Defendants' mortgage loan seizure program is designed to

21   address a "very traditional sort of market failure," is available at

22   http://kqed02.streamguys.us/anon.kqed/radio/RDnews/2013/07/1374540121516.mp3, accessed on

23   August 5, 2013.

24       13.     The content of a July 15, 2013 radio interview with the Mayor of Richmond, Gayle

25   McLaughlin, in which she explained that Richmond is a "little bit further along" than other cities in

26   pursuing MRP's program, is available at http://kalw.org/post/today-your-call-what-are-local-solutions-

27   help-homeowners-threatened-foreclosures, accessed on August 5, 2013.

28

Declaration of John C. Ertman; Case No. CV-13-3663-CRB

1       14.    The content of a June 20, 2013 radio interview with Mayor McLaughlin and Steven

2  Gluckstern of MRP is available at http://www.kpfa.org/archive/id/92669, accessed on August 5, 2013.

3  Date: New York, New York

4       August 7, 2013

John C. Ertman

---

3

Declaration of John C. Ertman