# APPENDIX E.

