# APPENDIX F.

Amherst Modification Summary Table

| Product | Servicer | UPB ($B) | Loan Count | Pay Relief % | Prin Mod % | Rate Mod % | Cap Mod % | CLTV% Pre Prin Mod | CLTV% Pre Post Mod | WAC % Pre Prin Mod | WAC % Pre Post Mod |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Alt A | ALL | 276.5 | 1,164,000.00 | 25 | 35 | 41 | 24 | 115 | 83 | 6.2 | 3.1 |
| Option ARM | ALL | 113.7 | 305,000.00 | 29 | 59 | 5 | 36 | 125 | 85 | 5.4 | 2.6 |
| Prime | ALL | 178.1 | 402,000.00 | 29 | 32 | 57 | 11 | 103 | 80 | 5.6 | 2.9 |