| | |
|---|---|
| 1 | ROCKY C. TSAI (SBN 221452) |
| 2 | (rocky.tsai@ropesgray.com) |
|   | **ROPES & GRAY LLP** |
| 3 | Three Embarcadero Center |
|   | San Francisco, CA 94111-4006 |
| 4 | Telephone: (415) 315-6300 |
|   | Facsimile:  (415) 315-6350 |

Attorneys for Plaintiffs Wells Fargo Bank, N.A., as Trustee, *et al.*

**ADDITIONAL COUNSEL LISTED ON SIGNATURE PAGE**

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **WELLS FARGO BANK, NATIONAL ASSOCIATION**, *solely in its capacity as* [Caption Continued on Following Page] *Trustee for* ABFC 2002-OPT1 Trust, ABFC 2005-OPT1 Trust, ABFC 2006-OPT1 Trust, Asset Backed Securities Corporation Home Equity Loan Trust, Series 2003-HE6, Asset Backed Securities Corporation Home Equity Loan Trust, Series 2004-HE2, Asset Backed Securities Corporation Home Equity Loan Trust, Series AMQ 2007-HE2, Banc of America Funding 2005-B Trust, Banc of America Funding 2005-G Trust, Banc of America Funding 2006-E Trust, Banc of America Funding 2007-E Trust, BCAP LLC TRUST 2006-AA1, BNC Mortgage Loan Trust 2007-4, Banc of America Alternative Loan Trust 2003-8, Banc of America Alternative Loan Trust 2006-5, Banc of America Alternative Loan Trust 2003-10, Banc of America Alternative Loan Trust 2003-11, Banc of America Alternative Loan Trust 2003-4, Banc of America Alternative Loan Trust 2003-5, Banc of America Alternative Loan Trust 2003-6, Banc of America Alternative Loan Trust 2003-8, Banc of America Alternative Loan Trust 2003-9, Banc of America Alternative Loan Trust 2004-1, Banc of America Alternative Loan Trust 2004-11, Banc of America Alternative Loan Trust 2004-6, Banc of America Alternative Loan Trust 2004-7, Banc | Case No. 3:13-cv-03663-CRB<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING RELATED CASES**<br><br>**[Civil L.R. 3-12 & 7-12]** |

| | |
|---|---|
| 1 | of America Alternative Loan Trust 2005-6, Banc of America Alternative Loan Trust 2005-7, Banc of America Alternative Loan Trust 2006-2, Banc of America Alternative Loan Trust 2006-3, Banc of America Alternative Loan Trust 2006-5, Banc of America Alternative Loan Trust 2006-7, Banc of America Mortgage 2003-6 Trust, Banc of America Mortgage 2003-D Trust, Banc of America Mortgage 2003-H Trust, Banc of America Mortgage 2003-K Trust, Banc of America Mortgage Trust 2004-11, Banc of America Mortgage Trust 2004-6, Banc of America Mortgage Trust 2004-8, Banc of America Mortgage Trust 2004-9, Banc of America Mortgage 2004-B Trust, Banc of America Mortgage 2004-C Trust, Banc of America Mortgage 2004-D Trust, Banc of America Mortgage 2004-I Trust, Banc of America Mortgage 2004-K Trust, Banc of America Mortgage 2004-L Trust, Banc of America Mortgage Trust 2005-10, Banc of America Mortgage Trust 2005-11, Banc of America Mortgage Trust 2005-4, Banc of America Mortgage Trust 2005-7, Banc of America Mortgage 2005-A Trust, Banc of America Mortgage 2005-E Trust, Banc of America Mortgage 2005-J Trust, Banc of America Mortgage 2007-1 Trust, Banc of America Mortgage 2007-2 Trust, Banc of America Mortgage 2004-J Trust, Banc of America Mortgage 2005-D Trust, Banc of America Mortgage 2005-E Trust, Banc of America Mortgage 2007-3 Trust, Bear Stearns Asset Backed Securities, Inc. 2000-2, Bear Stearns Mortgage Funding Trust 2006-AR1, Bear Stearns Mortgage Funding Trust 2006-AR2, Bear Stearns Mortgage Funding Trust 2006-AR3, Bear Stearns Mortgage Funding Trust 2006-AR4, Bear Stearns Mortgage Funding Trust 2006-AR5, Bear Stearns Mortgage Funding Trust 2007-AR1, Bear Stearns Mortgage Funding Trust 2007-AR2, Bear Stearns Mortgage Funding Trust 2007-AR3, Bear Stearns Mortgage Funding Trust 2007-AR4, Bear Stearns Mortgage Funding Trust 2007-AR5, Bear Stearns ARM Trust 2007-3, Carrington Mortgage Loan Trust, |

Series 2006-FRE2, Carrington Mortgage Loan Trust, Series 2006-NC2, Carrington Mortgage Loan Trust, Series 2006-NC3, Carrington Mortgage Loan Trust, Series 2006-NC3, Carrington Mortgage Loan Trust, Series 2006-NC5, Carrington Mortgage Loan Trust, Series 2006-OPT1, Carrington Mortgage Loan Trust, Series 2006-RFC1, First Franklin Mortgage Loan Trust 2004-FF11, First Franklin Mortgage Loan Trust 2006-FF15, Freddie Mac Securities REMIC Trust 2005-S001, GMACM Home Equity Loan Trust 2003-HE2, GreenPoint MTA Trust 2005-AR3, GreenPoint Mortgage Funding Trust 2005-AR4, GreenPoint Mortgage Funding Trust 2005-AR5, GreenPoint Mortgage Funding Trust 2006-AR1, GreenPoint Mortgage Funding Trust 2006-AR2, GreenPoint Mortgage Funding Trust 2006-AR3, HarborView Mortgage Loan Trust 2006-10, HarborView Mortgage Loan Trust 2006-12, HarborView Mortgage Loan Trust 2007-1, HarborView Mortgage Loan Trust 2007-3, Impac CMB Trust Series 2004-11, Impac CMB Trust Series 2004-6, Impac CMB Trust Series 2005-6, Irwin Home Equity Loan Trust 2007-1, Impac Secured Assets Corp., Mortgage Pass- Through Certificates, Series 2005-2, Lehman Mortgage Trust 2006-9, Lehman Mortgage Trust 2007-4, MASTR Asset Backed Securities Trust 2003-OPT2, MASTR Asset Backed Securities Trust 2007-NCW, Merrill Lynch Mortgage Investors Trust, Series 2004-WMC5, Merrill Lynch Mortgage Investors Trust, Series 2005-WMC2, Merrill Lynch Mortgage Investors Trust Series MLCC 2004-B, Merrill Lynch Mortgage Investors Trust Series MLCC 2006-1, Merrill Lynch Mortgage Investors Trust Mortgage Loan Asset-Backed Certificates, Series 2006-HE1, Morgan Stanley ABS Capital I Inc. Trust 2005-WMC2, Morgan Stanley ABS Capital I Inc. Trust 2005-WMC3, Morgan Stanley ABS Capital I Inc. Trust 2005-WMC4, Morgan Stanley ABS Capital I Inc. Trust 2006-WMC1, MSCC HELOC Trust 2007-1, National City Mortgage Capital Trust 2008-1, Option One Mortgage Loan Trust 2003-5, Option One Mortgage Loan Trust 2003-6, Option One Mortgage Loan Trust 2005-3, Option One

Mortgage Loan Trust 2005-4, Option One Mortgage Loan Trust 2006-1, Option One Mortgage Loan Trust 2007-1, Option One Mortgage Loan Trust 2007-3, Option One Mortgage Loan Trust 2007-4, Option One Mortgage Loan Trust 2007-5, Option One Mortgage Loan Trust 2007-6, Option One Mortgage Loan Trust 2007CP1, Option One Mortgage Loan Trust 2007-FXD2, Park Place Securities, Inc., Asset-Backed Pass-Through Certificates, Series 2004-MCW1, Park Place Securities, Inc., Asset-Backed Pass-Through Certificates, Series 2004-WHQ1, Park Place Securities, Inc., Asset-Backed Pass-Through Certificates, Series 2004-WHQ2, Park Place Securities, Inc., Asset-Backed Pass-Through Certificates, Series 2005-WCH1, Park Place Securities, Inc., Asset-Backed Pass-Through Certificates, Series 2005-WCW2, Park Place Securities, Inc., Asset-Backed Pass-Through Certificates, Series 2005-WCW2, Park Place Securities, Inc., Asset-Backed Pass-Through Certificates, Series 2005-WHQ1, Park Place Securities, Inc., Asset-Backed Pass-Through Certificates, Series 2005-WHQ3, Park Place Securities, Inc., Asset-Backed Pass-Through Certificates, Series 2005-WHQ4, RESI Finance Limited Partnership 2003-B, RESI Finance Limited Partnership 2003-C, RESI Finance Limited Partnership 2003-CB1, RESI Finance Limited Partnership 2003-D, RESI Finance Limited Partnership 2004-B, RESI Finance Limited Partnership 2004-C, RESI Finance Limited Partnership 2005-A, RESI Finance Limited Partnership 2005-B, RESI Finance Limited Partnership 2005-C, RESI Finance Limited Partnership 2005-D, RESI Finance Limited Partnership 2006-A, RMAC Pass-Through Trust, Series 2010-A, Securitized Asset Backed Receivables LLC Trust 2006-HE1, Securitized Asset Backed Receivables LLC Trust 2006-HE2, SABR Mortgage Loan 2008-1 Grantor Trust, Structured Asset Investment Loan Trust 2003-BC12, Structured Asset Mortgage Investments II Trust 2007-AR4, Structured Adjustable Rate Mortgage Loan Trust, Series 2004-10, Structured Adjustable Rate Mortgage Loan Trust, Series

2004-16, Structured Adjustable Rate Mortgage Loan Trust, Series 2004-18, Structured Adjustable Rate Mortgage Loan Trust, Series 2004-9XS, Structured Adjustable Rate Mortgage Loan Trust, Series 2005-12, Structured Adjustable Rate Mortgage Loan Trust, Series 2005-17, Structured Adjustable Rate Mortgage Loan Trust, Series 2007-3, Structured Adjustable Rate Mortgage Loan Trust, Series 2007-4, Structured Asset Securities Corporation Pass-Through Certificates, Series 2002-AL1, Structured Asset Securities Corporation Mortgage Pass-Through Certificates, Series 2003-15A, Structured Asset Securities Corporation Mortgage Pass-Through Certificates, Series 2003-26A, Structured Asset Securities Corporation Mortgage Loan Trust 2006-OPT1, Structured Asset Securities Corp. 2007-BC1, SASI Finance Limited Partnership 2006-A, Southern Pacific Secured Assets Corp., Mortgage Loan Asset-Backed Pass-Through Certificates, Series 1998-2, Soundview Home Loan Trust 2007-OPT1, Soundview Home Loan Trust 2007-OPTS, Terwin Mortgage Trust, Series TMTS 2003-8HE, WaMu Mortgage Pass-Through Certificates Series 2004-PR1 Trust, WaMu Mortgage Pass-Through Certificates Series 2004-PR2 Trust, WaMu Mortgage Pass-Through Certificates Series 2005-PR1 Trust, WaMu Mortgage Pass-Through Certificates Series 2005-PR2 Trust, WaMu Mortgage Pass-Through Certificates Series 2005-PR4 Trust, WaMu Mortgage Pass-Through Certificates Series 2006-PR1 Trust, WaMu Mortgage Pass-Through Certificates Series 2006-PR2 Trust, WaMu Mortgage Pass-Through Certificates Series 2006-PR3 Trust, Waterfall Victoria Mortgage Trust 2010-1;

**DEUTSCHE BANK NATIONAL TRUST COMPANY**, *solely in its capacity as Trustee for*
Alliance Securities Corp. 2007-OA1, Accredited Mortgage Loan Trust 2006-2, American Home Mortgage Investment Trust 2005-2, American Home Mortgage Investment Trust 2005-3, American Home Mortgage Investment Trust 2006-1, American Home

| | |
|---|---|
| 1 | Mortgage Assets Trust 2006-5, American Home Mortgage Investment Trust 2007-1, American Home Mortgage Assets Trust 2007-1, American Home Mortgage Assets Trust 2007-2, American Home Mortgage Assets Trust 2007-4, American Home Mortgage Investment Trust 2007-SD2, Ameriquest Mortgage Securities Inc. 2006-R1, Argent Securities Inc. 2004-W8, Argent Securities Inc. 2005-W2, Argent Securities Trust 2006-W4, Argent Securities Trust 2006-M1, Argent Securities Trust 2006-M2, Asset Backed Securities Corporation Home Equity Loan Trust 2004-HE1, Barclays Capital Inc., BCAP LLC Trust 2007-AA1, Carrington Loan Trust 2006-AR14, IndyMac INDX Mortgage Loan Trust 2006-AR29, IndyMac INDA Mortgage Loan Trust 2006-AR3, IndyMac Residential Asset Securities Trust (RAST) 2007-A3, IndyMac INDX Mortgage Loan Trust 2007-AR5, IndyMac INDX Mortgage Loan Trust 2007-AR211P, IndyMac INDA Mortgage Loan Trust 2007-AR1, IndyMac INDA Mortgage Loan Trust 2007-AR8, IndyMac INDX Mortgage Loan Trust 2007-FLX1, IndyMac INDX Mortgage Loan Trust 2007-FLX6, J.P. Morgan Mortgage Acquisition Trust 2007-CH3, J.P. Morgan Mortgage Acquisition Trust 2007-CH5, Long Beach Mortgage Loan Trust 2005-WL1, Long Beach Mortgage Loan Trust 2005-WL2, Long Beach Mortgage Loan Trust 2006-6, Long Beach Mortgage Loan Trust 2006-7, Long Beach Mortgage Loan Trust 2006-8, Long Beach Mortgage Loan Trust 2006-10, Long Beach Mortgage Loan Trust 2006-WL1, Long Beach Mortgage Loan Trust 2006-WL2, Mortgage IT Trust 2005-3, Morgan Stanley ABS Capital I Trust 2004-NC7, Morgan Stanley ABS Capital I Trust 2004-HE8, Morgan Stanley ABS Capital I Trust 2006-NC3, Morgan Stanley ABS Capital I Trust 2006-NC5, Morgan Stanley ABS Capital I Trust 2006-HE5, Morgan Stanley ABS Capital I Trust 2006-HE7, Morgan Stanley ABS Capital I Trust 2006-HE8, Morgan Stanley ABS Capital I Trust 2006-WMC2, Morgan Stanley Home Equity Loan Trust 2006-1, Morgan Stanley Home Equity Loan Trust 2006-2, Morgan Stanley |

1  ABS Capital I Trust 2007-NC4, Morgan Stanley ABS Capital I Trust 2007-HE7, New Century Home Equity Loan Trust 2005-4, New Century Home Equity Loan Trust 2005-B, New Century Home Equity Loan Trust 2005-D, Novastar Mortgage Funding Trust 2007-1, Saxon Asset Securities Trust 2007-2, Thornburg Mortgage Securities Trust 2004-4, WaMu Mortgage Pass- Through Certificates, Series 2004-AR6, WaMu Mortgage Pass-Through Certificates, Series 2005-AR6, WaMu Mortgage Pass- Through Certificates, Series 2005-AR11, WaMu Mortgage Pass-Through Certificates, Series 2005-AR12, WaMu Mortgage Pass- Through Certificates, Series 2005-AR13, WaMu Mortgage Pass-Through Certificates, Series 2005-AR15, WaMu Mortgage Pass-Through Certificates, WMALT Series 2006-AR1, Washington Mutual Mortgage Pass-Through Certificates, WMALT Series 2006-AR5, WaMu Asset-Backed Certificates 2007-HE; and

**DEUTSCHE BANK TRUST COMPANY AMERICAS**, *solely in its capacity as Trustee for*

Residential Accredit Loans Inc. 2005-QA10, Residential Accredit Loans Inc. 2006-QO2, Residential Accredit Loans Inc. 2006-QO3, Residential Accredit Loans Inc. 2006-QO4, Residential Accredit Loans Inc. 2006-QO6, Residential Accredit Loans Inc. 2006-QO10, Residential Accredit Loans Inc. 2006-QS3, Residential Accredit Loans Inc. 2006-QS10, Residential Accredit Loans Inc. 2006-QS17, Residential Accredit Loans Inc. 2007-QA3, Residential Accredit Loans Inc. 2007-QO1, Residential Accredit Loans Inc. 2007-QO4, Residential Accredit Loans Inc. 2007-QO5, Residential Accredit Loans Inc. 2007-QS3, Residential Funding Mortgage Securities I 2007-S4, Saxon Asset Securities Trust 2003-3, Saxon Asset Securities Trust 2006-3

               Plaintiffs,

    v.

CITY OF RICHMOND, CALIFORNIA, a

| | |
|---|---|
| 1  municipality; RICHMOND CITY COUNCIL; MORTGAGE RESOLUTION PARTNERS L.L.C., a Delaware limited liability company, | |
| 2 | |
| 3              Defendants. | |
| 4 | |
| 5  THE BANK OF NEW YORK MELLON (f/k/a The Bank of New York), as Trustee, on behalf of the Trusts listed in Exhibit A, and U.S. BANK NATIONAL ASSOCIATION, as Trustee, on behalf of the Trusts listed in Exhibit B, | Case No. 3:13-cv-03664-JCS |
| 6 | **STIPULATION AND [PROPOSED] ORDER REGARDING RELATED CASES** |
| 7 | |
| 8 | **[Civil L.R. 3-12 & 7-12]** |
| 9              Plaintiffs, | |
| 10        v. | |
| 11  CITY OF RICHMOND, CALIFORNIA, a municipality; RICHMOND CITY COUNCIL; MORTGAGE RESOLUTION PARTNERS L.L.C., a Delaware limited liability company; and GORDIAN SWORD LLC, a Delaware limited liability company; | |
| 12 | |
| 13 | |
| 14 | |
| 15              Defendants. | |

WHEREAS, the undersigned parties believe that the action *The Bank of New York Mellon, as Trustee, on behalf of the Trusts listed in Exhibit A et al. v. City of Richmond et al.*, No. 3:13-CV-03664-JCS (the "*BNYM* Action") involves substantially similar parties, property, transactions, or events as *Wells Fargo Bank, N.A. et al. v. City of Richmond et al.*, No. 3:13-CV-03663-CRB (the "*Wells Fargo Action*"), such that it appears likely that there will be an unduly burdensome duplication of labor and expense or conflicting results if the cases are conducted before different Judges;

WHEREAS, the parties believe the *BNYM* and *Wells Fargo* Actions are "related cases" under Northern District of California Civil Local Rule 3-12(a); and

WHEREAS, the parties believe that treatment of the *BNYM* and *Wells Fargo* Actions as related would serve the interests of judicial economy and avoid the potential for conflicting rulings;

IT IS HEREBY STIPULATED AND AGREED by Plaintiffs and Defendants, through their respective counsel of record, that *The Bank of New York Mellon, as Trustee, on behalf of the Trusts listed in Exhibit A et al. v. City of Richmond et al.*, No. 3:13-CV-03664-JCS, should be related to *Wells Fargo Bank, N.A. et al. v. City of Richmond*, No. 3:13-CV-03663-CRB.

IT IS SO STIPULATED.

Dated: August 14, 2013             ROPES & GRAY LLP

                                   By: /s/ Rocky C. Tsai
                                   _____
                                       Rocky C. Tsai

                                   ATTORNEYS FOR PLAINTIFFS WELLS
                                   FARGO BANK, N.A., DEUTSCHE BANK
                                   NATIONAL TRUST COMPANY, AND
                                   DEUTSCHE BANK TRUST COMPANY
                                   AMERICAS, AS TRUSTEES
                                   CASE NO. 3:13-CV-03663-CRB


                                   MAYER BROWN LLP

                                   By: /s/ Bronwyn F. Pollock
                                   _____

Donald M. Falk
Bronwyn F. Pollock

ATTORNEYS FOR PLAINTIFF THE BANK OF NEW YORK MELLON, AS TRUSTEE (F/K/A THE BANK OF NEW YORK
CASE NO. 3:13-CV-03664-JCS

JONES DAY

By: /s/ Brian D. Hershman
_____
    Brian D. Hershman

ATTORNEYS FOR PLAINTIFF U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE
Case No. 3:13-CV-03664-JCS


ALTSHULER BERZON LLP

By: /s/ Scott A. Kronland
_____
    Scott A. Kronland

ATTORNEYS FOR DEFENDANTS
Case No. 3:13-CV-03663-CRB
Case No. 3:13-CV-03664-JCS

I attest that concurrence in the filing of this document has been obtained from Bronwyn F. Pollock, Brian D. Hershman, and Scott A. Kronland, whose conformed signatures are set forth above.

/s/ Rocky C. Tsai
_____
Rocky C. Tsai

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _____         _____
                                        The Honorable Charles R. Breyer
                                        United States District Judge