SCOTT A. KRONLAND (SBN 171693)
JONATHAN WEISSGLASS (SBN 185008)
ERIC P. BROWN (SBN 284245)
Altshuler Berzon LLP
177 Post Street, Suite 300
San Francisco, CA 94108
Tel: (415) 421-7151
Fax: (415) 362-8064
E-mail: skronland@altber.com
        jweissglass@altber.com
        ebrown@altber.com

Attorneys for Defendants *City of Richmond* and
*Mortgage Resolution Partners LLC*

BRUCE REED GOODMILLER (SBN 121491)
City Attorney
CARLOS A. PRIVAT (SBN 197534)
Assistant City Attorney
CITY OF RICHMOND
450 Civic Center Plaza
Richmond, CA 94804
Telephone: (510) 620-6509
Facsimile: (510) 620-6518
E-mail: bruce_goodmiller@ci.richmond.ca.us
        carlos_privat@ci.richmond.ca.us

Attorneys for Defendant *City of Richmond*

WILLIAM A. FALIK (SBN 53499)
100 Tunnel Rd
Berkeley, CA 94705
Tel: (510) 540-5960
Fax: (510) 704-8803
E-mail: billfalik@gmail.com

Attorney for Defendant
*Mortgage Resolution Partners LLC*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| WELLS FARGO BANK, NATIONAL ASSOCIATION, as Trustee, *et al.*,<br><br>           Plaintiffs,<br><br>     v.<br><br>CITY OF RICHMOND, CALIFORNIA, a municipality, and MORTGAGE RESOLUTION PARTNERS LLC,<br><br>           Defendants. | Case No. CV-13-3663-CRB<br><br>**NOTICE OF APPEARANCE OF ATTORNEY SCOTT A. KRONLAND**<br><br>[CIVIL L.R. 5-1(c)(2)]<br><br>Honorable Charles R. Breyer |

TO PLAINTIFFS AND THEIR ATTORNEYS OF RECORD:

Please take notice that Scott A. Kronland of Altshuler Berzon LLP, 177 Post Street, Suite 300, San Francisco, CA 94108, Telephone (415) 421-7151, Facsimile (415) 362-8064, E-mail skronland@altber.com, hereby appears as attorney of record, together with other attorneys of record, on behalf of Defendants City of Richmond and Mortgage Resolution Partners LLC, in the above-captioned case.

Dated:    August 15, 2013                    Respectfully submitted,

*/s/ Scott A. Kronland*
Scott A. Kronland

Scott A. Kronland
Jonathan Weissglass
Eric P. Brown
Altshuler Berzon LLP

Attorneys for Defendants
*City of Richmond* and
*Mortgage Resolution Partners LLC*

Bruce Reed Goodmiller
Carlos A. Privat
City of Richmond

Attorneys for Defendant *City of Richmond*

William A. Falik

Attorney for Defendant
*Mortgage Resolution Partners LLC*

---

1
NOTICE OF APPEARANCE OF ATTORNEY SCOTT A. KRONLAND
Case No. CV-13-3663-CRB