SCOTT A. KRONLAND (SBN 171693)
JONATHAN WEISSGLASS (SBN 185008)
ERIC P. BROWN (SBN 284245)
Altshuler Berzon LLP
177 Post Street, Suite 300
San Francisco, CA 94108
Tel: (415) 421-7151
Fax: (415) 362-8064
E-mail: skronland@altber.com
         jweissglass@altber.com
         ebrown@altber.com

Attorneys for Defendants *City of Richmond* and
*Mortgage Resolution Partners LLC*

BRUCE REED GOODMILLER (SBN 121491)
City Attorney
CARLOS A. PRIVAT (SBN 197534)
Assistant City Attorney
CITY OF RICHMOND
450 Civic Center Plaza
Richmond, CA 94804
Telephone: (510) 620-6509
Facsimile: (510) 620-6518
E-mail: bruce_goodmiller@ci.richmond.ca.us
         carlos_privat@ci.richmond.ca.us

Attorneys for Defendant *City of Richmond*

WILLIAM A. FALIK (SBN 53499)
100 Tunnel Rd
Berkeley, CA 94705
Tel: (510) 540-5960
Fax: (510) 704-8803
E-mail: billfalik@gmail.com

Attorney for Defendant
*Mortgage Resolution Partners LLC*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| WELLS FARGO BANK, NATIONAL ASSOCIATION, as Trustee, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF RICHMOND, CALIFORNIA, a municipality, and MORTGAGE RESOLUTION PARTNERS LLC,<br><br>Defendants. | Case No. CV-13-3663-CRB<br><br>**NOTICE OF APPEARANCE OF ATTORNEY WILLIAM A. FALIK**<br><br>[CIVIL L.R. 5-1(c)(2)]<br><br>Honorable Charles R. Breyer |

1 TO PLAINTIFFS AND THEIR ATTORNEYS OF RECORD:

2 Please take notice that William A. Falik, Attorney-At-Law, 100 Tunnel Road, Berkeley, CA

3 94705, Telephone (510) 540-5960, Facsimile (510) 704-8803, E-mail billfalik@gmail.com hereby

4 appears as attorney of record, together with other attorneys of record, on behalf of Defendant

5 Mortgage Resolution Partners LLC in the above-captioned case.

7 Dated:   August 21, 2013           Respectfully submitted,

8                                     /s/ William A. Falik
9                                     William A. Falik

10                                    William A. Falik

11                                    Attorney for Defendant
12                                    *Mortgage Resolution Partners LLC*

13                                    Scott A. Kronland
                                      Jonathan Weissglass
14                                    Eric P. Brown
                                      Altshuler Berzon LLP
15

16                                    Attorneys for Defendants
                                      *City of Richmond* and
17                                    *Mortgage Resolution Partners LLC*

18                                    Bruce Reed Goodmiller
                                      Carlos A. Privat
19                                    City of Richmond

20                                    Attorneys for Defendant *City of Richmond*

1

NOTICE OF APPEARANCE OF ATTORNEY WILLIAM A. FALIK
Case No. CV-13-3663-CRB