STEPHEN P. BERZON (SBN 46540)
SCOTT A. KRONLAND (SBN 171693)
JONATHAN WEISSGLASS (SBN 185008)
ERIC P. BROWN (SBN 284245)
Altshuler Berzon LLP
177 Post Street, Suite 300
San Francisco, CA 94108
Tel: (415) 421-7151
Fax: (415) 362-8064
E-mail: sberzon@altber.com
        skronland@altber.com
        jweissglass@altber.com
        ebrown@altber.com

Attorneys for Defendants *City of Richmond* and
*Mortgage Resolution Partners LLC*

BRUCE REED GOODMILLER (SBN 121491)
City Attorney
CARLOS A. PRIVAT (SBN 197534)
Assistant City Attorney
CITY OF RICHMOND
450 Civic Center Plaza
Richmond, CA 94804
Telephone: (510) 620-6509
Facsimile: (510) 620-6518
E-mail: bruce_goodmiller@ci.richmond.ca.us
        carlos_privat@ci.richmond.ca.us

Attorneys for Defendant *City of Richmond*

WILLIAM A. FALIK (SBN 53499)
100 Tunnel Rd
Berkeley, CA 94705
Tel: (510) 540-5960
Fax: (510) 704-8803
E-mail: billfalik@gmail.com

Attorney for Defendant
*Mortgage Resolution Partners LLC*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| WELLS FARGO BANK, NATIONAL ASSOCIATION, as Trustee, *et al.*,<br><br>        Plaintiffs,<br><br>        v.<br><br>CITY OF RICHMOND, CALIFORNIA, a municipality, and MORTGAGE RESOLUTION PARTNERS LLC,<br><br>        Defendants. | Case No. CV-13-3663-CRB<br><br>**DECLARATION OF REV. MARVIN WEBB IN SUPPORT OF DEFENDANTS' OPPOSITION TO MOTION FOR PRELIMINARY INJUNCTION**<br><br>Date:     September 13, 2013<br>Time:    10:00 a.m.<br>Judge:   Honorable Charles R. Breyer<br>             Courtroom 6, 17th Floor |

## DECLARATION OF REV. MARVIN WEBB

I, Rev. Marvin Webb, hereby declare:

1.     I am the associate pastor of the Bethlehem Missionary Baptist Church in Richmond, California.  I am a committed advocate for the people of Richmond.   I am one of the people who has been working on finding a solution to help Richmond residents who are drowning in mortgage debt after the collapse of housing prices.

2.     I have counseled and assisted many congregants who have suffered from the underwater mortgage crisis, including both borrowers and their neighbors.  I also have worked for many years on finding a way out of the situation,  including supporting state legislation to protect homeowners and to increase land title transparency as part of a coalition of faith-based and consumer-protection groups.

3.     Underwater mortgages are devastating Richmond generally, and minority residents in particular.  Our city was disproportionately targeted for high risk and predatory loans, and it has suffered a dramatic fall in home values.  Nearly half of our homeowners are still underwater on their mortgage loans.  These loans are destabilizing our neighborhoods, reducing property values and property tax revenue, increasing costs for the city, reducing city services, and leaving many neighborhoods in trouble.

4.     Faith-based organizations are an important part of the safety net for borrowers, their neighbors, and the community broadly.  We provide counseling, spiritual assistance, programs to prevent violence, and financial assistance to struggling familes.  The scale of underwater mortgages in Richmond is straining our ability to help by reducing charitable contributions that we receive and increasing demand for our services.

5.     I have been working with City officials and a coalition of consumer-protection and faith-based groups on a plan for the City to purchase large numbers of underwater mortgage loans, reduce principal, and keep families in their homes.  These groups include the Contra Costa Intrafaith Supporting Community Organization, Communities for a Better Environment,

1 | United Food and Commercial Workers Local 5, Urban Tilth, Asian Pacific Environmental

2 | Network, Black Mobilization Organization and Education Richmond, Urban Habitat, Richmond

3 | Progressive Alliance, SEIU 1021, and the Alliance of Californians for Community Empowerment.

4 |     6.     Our goal is to protect the City as a whole -- to protect neighbors and the City

5 | from destabilization, to keep families and neighborhoods intact, to increase opportunities and

6 | reduce crime, and to improve the local economy. We do not seek to benefit any private party, but

7 | instead to improve our collective condition and the future of our City.

8 |     7.     I have no direct financial interest in the proposal to acquire underwater

9 | mortgage loans and I am not committed to any particular plan. I am willing to work with anyone

10 | who has a solution that will work for the City.

11 |     I declare under penalty of perjury under the laws of the United States that the foregoing is

12 | true and correct.   Executed this _21_ day of August 2013.

14 | Rev. Marvin Webb

Declaration of Rev. Marvin Webb