|||
|---|---|
| 1 | ROCKY C. TSAI (SBN 221452) |
| 2 | (rocky.tsai@ropesgray.com) |
|   | **ROPES & GRAY LLP** |
| 3 | Three Embarcadero Center |
|   | San Francisco, CA 94111-4006 |
| 4 | Telephone: (415) 315-6300 |
|   | Facsimile: (415) 315-6350 |

Attorneys for Plaintiffs Wells Fargo Bank, N.A., as Trustee, *et al.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| WELLS FARGO BANK, NATIONAL ASSOCIATION, as Trustee, *et al.* | Case No. CV-13-3663-CRB |
| Plaintiffs, | **ORDER GRANTING JOINT STIPULATED ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED** |
| v. | |
| CITY OF RICHMOND, CALIFORNIA, a municipality; and MORTGAGE RESOLUTION PARTNERS LLC, a Delaware limited liability company, | **[Civil L.R. 3-12, 7-11 & 7-12]** |
| | Honorable Charles R. Breyer |
| Defendants. | |

---

[PROPOSED] ORDER GRANTING JOINT STIPULATED ADMINISTRATIVE MOTION TO RELATE CASES
Case No. CV-13-3663-CRB

**ORDER**

A Joint Stipulated Motion for Administrative Relief to Consider Whether Cases Should be Related per Civil L.R 3-12 and 7-11, with an accompanying stipulation per Civil L.R. 7-12, has been submitted for this Court's consideration.  As the Judge assigned to the earlier-filed case bearing my initials as indicated below (CV 13-03663-CRB), I find that the cases set forth below are related pursuant to Civil L.R 3-12, and hereby order that the later-filed case (CV 13-03664-JCS) shall be reassigned to me pursuant to Civil Local Rule 3-12(f):

    CV 13-03663-CRB    *Wells Fargo Bank, N.A., as Trustee, et al. v. City of Richmond et al.*

    CV 13-03664-JCS    *The Bank of New York Mellon, as Trustee, on behalf of the Trusts listed in Exhibit A to the Joint Administrative Motion, et al. v. City of Richmond et al.*

**IT IS SO ORDERED**.

Dated:  August 23, 2013    _____

The Honorable

United States



[PROPOSED] ORDER GRANTING JOINT STIPULATED ADMINISTRATIVE MOTION TO RELATE CASES
Case No. CV-13-3663-CRB