1  SONIA MARTIN (State Bar No. 191148)
   DENTONS US LLP
2  525 Market Street, 26th Floor
   San Francisco, CA 94105
3  Telephone:     (415) 882-5000
   Facsimile:     (415) 882-0300
4  Email:         sonia.martin@dentons.com

5  STEPHEN S. KUDENHOLDT
   SANDRA HAUSER
6  RICHARD M. ZUCKERMAN
   (*pro hac vice* pending)
7  DENTONS US LLP
   1221 Avenue of the Americas
8  New York, NY 10020
   Telephone:     (212) 768-6700
9  Facsimile:     (212) 768-6800
   Email:         stephen.kudenholdt@dentons.com
10                sandra.hauser@dentons.com
                  richard.zuckerman@dentons.com
11

12 Attorneys for *Amicus Curiae*
   Structured Finance Industry Group, Inc.

13              UNITED STATES DISTRICT COURT

14             NORTHERN DISTRICT OF CALIFORNIA

15                SAN FRANCISCO DIVISION

16

17 WELLS FARGO NATIONAL                 Case No. CV-13-3663-CRB
   ASSOCIATION, as Trustee, *et al.,*
18                                       **MOTION OF STRUCTURED FINANCE
              Plaintiffs                 INDUSTRY GROUP, INC.
19                                       FOR LEAVE TO PARTICIPATE AS
          v.                             *AMICUS CURIAE*, AND TO FILE
20                                       MEMORANDUM, AS *AMICUS CURIAE,*
   CITY OF RICHMOND, CALIFORNIA, a       IN SUPPORT OF PLAINTIFFS' MOTION
21 municipality, and MORTGAGE           FOR A PRELIMINARY INJUNCTION;**
   RESOLUTION PARTNERS LLC,
22                                       **[PROPOSED] ORDER;**
              Defendants
23                                       **[PROPOSED] MEMORANDUM OF
                                         STRUCTURED FINANCE INDUSTRY
24                                       GROUP, INC., AS *AMICUS CURIAE,* IN
                                         SUPPORT OF PLAINTIFFS' MOTION
25                                       FOR A PRELIMINARY INJUNCTION**

26                                       Date: September 13, 2013
                                         Time: 10:00 a.m.
27                                       Judge: Hon. Charles R. Breyer

28

DENTONS US LLP
525 Market Street, 26th Floor
San Francisco, California 94105-2708
(415) 882-5000

To all Parties and their Counsel of Record:

PLEASE TAKE NOTICE that Structured Finance Industry Group, Inc. ("SFIG") respectfully requests that the Court grant it leave to participate as *amicus curiae* in this action, and to file a Memorandum in support of Plaintiffs' motion for a preliminary injunction.

## I.   STANDARD FOR MOTION FOR LEAVE TO PARTICIPATE AS *AMICUS CURIAE*

As Chief Judge Walker held in the Proposition 8 case, in which the Court granted leave for the filing of  more than 20 separate *amicus* briefs by more than 40 *amici*:

> The court may welcome amicus curiae submissions "concerning legal issues that have potential ramifications beyond the parties directly involved or if the amicus has unique information or perspective that can help the court beyond the help that the lawyers for the parties are able to provide."

*Perry v. Schwarzenegger,* No. 9-cv-2292-JW (N.D. Cal.)(Dkt. 630, Apr. 21, 2010), quoting *NGV Gaming, LTd. v. Upstream Point Molate, LLC,* 355 F.Supp.2d 1061, 1067 (N.D. Cal. 2005). See also *Sonoma Falls Devs. LLC v. Nev. Gold & Casinos, Inc.,* 272 F.Supp.2d 919, 925 (N.D. Cal. 2003); *Craigslist, Inc. v. 3Taps, Inc.,* No. 12-cv-3816-CRB (N.D. Cal.) (Dkt. 93, June 20, 2013) (Order granting leave to file *amicus* brief).

This is a "modest standard," easily met in this case. *Perry v. Schwarzenegger.*

## II.   RESPONSE OF THE PARTIES TO REQUESTS FOR CONSENT

Plaintiffs have consented to SFIG's participation as *amicus curiae* and filing of a Memorandum on the motion for a preliminary injunction, provided that the filing does not cause a delay in the hearing on that motion (which it should not cause).  On August 27, 2013, requests were made, by telephone conference call, to Scott A. Kronland, Esq., counsel for Defendants, to consent to the filing of *amicus* briefs by the following *amici* represented by the following counsel:

- Structured Finance Industry Group, Inc. (SFIG), represented by Dentons US LLP;

- California Bankers Association, American Bankers Association, California Mortgage Bankers Association, and Mortgage Brokers Association, represented by DLA Piper LLP (US).

- Securities Industry and Financial Markets Association (SIFMA) and the United States Chamber of Commerce, represented by Sidley Austin LLP

DENTONS US LLP
525 Market Street, 26th Floor
San Francisco, California  94105-2708
(415) 882-5000

On August 28, 2013, Defendants' counsel sent an email declining to consent, stating:

> Defendants do not consent to the filing of amicus briefs.  They would be untimely and unfair because Defendants already filed their opposition to the preliminary injunction motion.

In response, DLA Piper suggested by email.

> Your concern about timing may be resolved by a stipulation, subject to the approval of the Court, that Defendants may have one week, to September 4 (or Sept. 5, if that works for the Court) to reply to the short amicus brief.

On August 29, 2013, Defendants' counsel replied, "Defendants' position re amicus briefs remains unchanged."

The accompanying proposed Order includes a provision granting Defendants until September 5 to reply to SFIG's *amicus* brief.  That schedule will ensure that the date of the hearing is not affected.

### III.    STATEMENT OF IDENTITY AND INTEREST OF *AMICUS CURIAE*

SFIG is a member-based trade industry advocacy group, with over 120 members from all sectors of the structured finance and securitization market, including investors, issuers, financial intermediaries, law firms, accounting firms, technology firms, rating agencies, servicers, and trustees. SFIG was established in March 2013. A list of SFIG's corporate members appears as Appendix A. SFIG's purposes include: educating members, legislators, regulators, and others about structured finance, securitization and related capital markets; building the broadest possible consensus on policy, legal, regulatory and other matters affecting or potentially affecting these markets; and advocating on behalf of the structured finance and securitization industry.

### IV.    REASONS WHY THE EXPERTISE OF *AMICUS CURIAE* WILL BE BENEFICIAL TO THIS COURT

The City of Richmond's proposed use of eminent domain to seize mortgage loans from private securitization trusts—especially performing mortgage loans with borrowers capable of continuing to pay without hardship—will cause substantial, irreparable harm not only to the Trusts which have loans targeted for seizure, but also to the nation's home mortgage system. SFIG respectfully requests leave to participate as *amicus* from its members' unique position as industry participants to highlight the serious conflict between the "Seizure Program," on one hand, and the

DENTONS US LLP
525 Market Street, 26th Floor
San Francisco, California 94105-2708
(415) 882-5000

very structure, nature, and reasonable investor expectations in Private Label Securitizations ("PLS"), on the other hand.  The consequences of this clash—and specifically, of yanking performing mortgage loans out of PLS Trusts—are serious and, absent injunctive relief, will cause irreparable injury not only to investors but to the entire mortgage system and thus to prospective homeowners across the country.

SFIG is in a unique position to address, and intends to address, the following in its *amicus* brief:

- The role that PLS Trusts play in the nation's home mortgage market, and how that role is expected to increase as the roles of Fannie Mae and Freddie Mac are diminished.

- The irreparable injury that the Seizure Program will cause at three levels: the nationwide home mortgage industry; the PLS Trusts directly affected; and the individual loans seized.

- The potentially severe adverse tax consequences to investors.

- The broad range of industry programs already in place which provide relief to homeowners in need.

Each of the three proposed *amicus* briefs is from a different perspective.  In addition, to ensure that the Court is not burdened, counsel representing the separate *amici* have conferred with each other about the subjects which each will address and will seek to avoid duplication.

SFIG is filing its proposed *amicus* brief on August 29, 2013, the same date as Plaintiffs' reply—just three weeks after the motion for a preliminary injunction was filed, and approximately two weeks before the hearing on the motion.[1]

## V.   CONCLUSION

WHEREFORE, SFIG respectfully requests that its motion for leave to participate as *amicus curiae,* and to file the accompanying Memorandum in support of Plaintiffs' motion for a preliminary

[1] No counsel for a party authored SFIG's brief in whole or in part, and no such counsel or party made a monetary contribution intended to fund the preparation or submission of the brief.  No person other than SFIG and its counsel made a monetary contribution to its preparation or submission.  Plaintiffs Wells Fargo and Deutsche Bank are members of SFIG and pay general membership dues.

DENTONS US LLP
525 Market Street, 26th Floor
San Francisco, California  94105-2708
(415) 882-5000

MOTION OF STRUCTURED FINANCE INDUSTRY
GROUP, INC. FOR LEAVE TO APPEAR AS *AMICUS CURIAE*

1    injunction, be granted.

2    Dated: August 29, 2013                    DENTONS US LLP

3                                              By /s/Sonia Martin (State Bar No. 191148)
                                                 SONIA MARTIN
4
                                               STEPHEN S. KUDENHOLDT
5                                              SANDRA HAUSER
                                               RICHARD M. ZUCKERMAN
6                                              (*pro hac vice* pending)

7                                              Attorneys for *Amicus Curiae*
                                               Structured Finance Industry Group, Inc.
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DENTONS US LLP
525 Market Street, 26th Floor
San Francisco, California 94105-2708
(415) 882-5000

4
Case No. CV-13-3663-CRB                       MOTION OF STRUCTURED FINANCE INDUSTRY
                                              GROUP, INC. FOR LEAVE TO APPEAR AS *AMICUS CURIAE*

DENTONS US LLP
525 Market Street, 26th Floor
San Francisco, California 94105-2708
(415) 882-5000

1

**APPENDIX A**

—

**CORPORATE MEMBERS OF SFIG**

2

3   1st Financial Bank USA*     Ford Motor Credit Company*

20 Gates Management     Freddie Mac

4   ADS Alliance Data Systems, Inc.     General Electric Capital Corporation*

Allen & Overy LLP*     Global Securitization Services, LLC

5   Ally Financial, Inc.*     GM Financial Company, Inc. *

Ally Investment Management, LLC     GMO

6   Alston & Bird LLP*     Goldman, Sachs & Co.*

American Credit Acceptance, LLC     Goodwin Procter LLP

7   Amherst Securities Group, LP*     Harley-Davidson Financial Services, Inc.*

Andrew Davidson & Co., Inc.*     Hildene Capital Management*

8   Andrews Kurth LLP*     Hogan Lovells US LLP*

Ashurst LLP*     HSBC Securities (USA) Inc.*

9   Assured Guaranty Corp     Hunton & Williams LLP*

Babson Capital Management LLC*     Hyundai Capital America

10   Baker & McKenzie*     Impac Mortgage Holdings, Inc.

Bank of America*     Intex Solutions, Inc.*

11   Barclays*     J.P. Morgan Chase Bank

BB&T Capital Markets*     J.P. Morgan Investment Management Inc.

12   Bingham McCutchen LLP*     J.P. Morgan Securities LLC

Blake, Cassels & Graydon LLP*     John Deere*

13   Blank Rome LLP     Jones Day*

Bloomberg LP     JPMorgan Chase & Co.*

14   BlueMountain Capital Management*     K&L Gates LLP*

BMO Capital Markets CORP.*     Kanerai*

15   BNP Paribas*     Katten Muchin Rosenman LLP*

BNY Mellon*     Kaye Scholer LLP*

16   Cadwalader, Wickersham & Taft LLP*     Kirkland & Ellis LLP*

Cassels Brock & Blackwell LLP*     KPMG LLP*

17   Chapman and Cutler LLP*     Kramer Levin Naftalis & Frankel LLP*

Chase Bank USA, N.A.     Kroll Bond Rating Agency, Inc.*

18   Citi*     Latham & Watkins LLP*

Clayton Holdings LLC*     Lender Processing Services*

19   Cleary Gottlieb Steen & Hamilton LLP*     Lewtan*

Clifford Chance*     Locke Lord LLP*

20   CNH Capital*     Lord Capital LLC*

CoreLogic     LordSPV, a TMF Group Company

21   Credit Agricole*     Lowenstein Sandler LLP*

Credit Suisse*     Maples and Calder*

22   CREMAC     Mayer Brown LLP*

CrossCheck Compliance LLC*     MBSData, LLC

23   DBRS*     McCarthy Tetrault LLP*

Dechert LLP*     McDermott Will & Emery*

24   Deloitte & Touche LLP*     Mercedes-Benz Financial Services USA

Dentons US LLP*     LLC*

25   Deutsche Asset Management     Mitchell Silberberg & Knupp LLP*

Deutsche Bank*     Mitsubishi Motors Credit of America, Inc.*

26   Discover Financial Services*     Mitsubishi UFJ Securities (USA)*

Emmet, Marvin & Martin, LLP*     Moody's Analytics

27   Ernst & Young*     Moody's Investors Service*

Exeter Finance Corp.*     Morgan Stanley*

28   Fitch Ratings*     Morningstar Credit Ratings, LLC*

1   Morrison & Foerster LLP*
    Nationstar Mortgage LLC
2   Natixis*
    Nelnet, Inc.*
3   NORD/LB*
    Ocwen Financial Corporation*
4   Opus Capital Markets Consultants, LLC*
    Orrick, Herrington & Sutcliffe LLP*
5   Osler, Hoskin & Harcourt LLP*
    Pillsbury Winthrop Shaw Pittman LLP*
6   PNC Capital Markets LLC*
    PNC real Estate/Midland Loan Services
7   PricewaterhouseCoopers*
    Prudential Fixed Income*
8   R&R Consulting*
    Rabobank International*
9   RBC Capital Markets
    RBS Securities Inc.*
10  Redwood Trust*
    Richards, Layton & Finger*
11  Risk Management Group LLC
    RiskSpan, Inc.*
12  Sallie Mae*
    Santander Consumer USA*
13  Schulte Roth & Zabel LLP*
    Seward & Kissel LLP*
14  Shearman & Sterling LLP*
    Shellpoint Partners LLC*
15  Sidley Austin LLP*
    Skadden, Arps, Slate, Meagher & Flom LLP*
16  Societe Generale*
    South Street Securities, LLC*
17  Standard & Poor's*
    Standard & Poor's Financial Services, LLC
18  Stikeman Elliott LLP*
    Stonegate Mortgage Corporation
19  Stroock & Stroock & Lavan LLP*
    Structured Asset Services
20  Sullivan & Worcester LLP
    Synterra Capital Management LLC
21  TD Bank Group (TD)*
    The Midway Group*
22  Two Harbors Investment Corp.*
    U.S. Bank National Assocation*
23  Vanguard Group
    VantageScore Solutions LLC*
24  Volvo Financial Services*
    VW Credit, Inc.*
25  Wells Fargo*
    Willkie Farr & Gallagher LLP
26  Wilmington Trust *
    Winston & Strawn LLP*

27  * *Founding Member.*

28

DENTONS US LLP
525 Market Street, 26th Floor
San Francisco, California 94105-2708
(415) 882-5000

b

MOTION OF STRUCTURED FINANCE INDUSTRY
GROUP, INC. FOR LEAVE TO APPEAR AS *AMICUS CURIAE*