STEPHEN P. BERZON (SBN 46540)
SCOTT A. KRONLAND (SBN 171693)
JONATHAN WEISSGLASS (SBN 185008)
ERIC P. BROWN (SBN 284245)
Altshuler Berzon LLP
177 Post Street, Suite 300
San Francisco, CA 94108
Tel: (415) 421-7151
Fax: (415) 362-8064
E-mail: sberzon@altber.com
         skronland@altber.com
         jweissglass@altber.com
         ebrown@altber.com

Attorneys for Defendants *City of Richmond* and
*Mortgage Resolution Partners LLC*

BRUCE REED GOODMILLER (SBN 121491)
City Attorney
CARLOS A. PRIVAT (SBN 197534)
Assistant City Attorney
CITY OF RICHMOND
450 Civic Center Plaza
Richmond, CA 94804
Telephone: (510) 620-6509
Facsimile: (510) 620-6518
E-mail: bruce_goodmiller@ci.richmond.ca.us
         carlos_privat@ci.richmond.ca.us

Attorneys for Defendant *City of Richmond*

WILLIAM A. FALIK (SBN 53499)
100 Tunnel Rd
Berkeley, CA 94705
Tel: (510) 540-5960
Fax: (510) 704-8803
E-mail: billfalik@gmail.com

Attorney for Defendant
*Mortgage Resolution Partners LLC*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| WELLS FARGO BANK, NATIONAL ASSOCIATION, as Trustee, *et al*., <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF RICHMOND, CALIFORNIA, a municipality, and MORTGAGE RESOLUTION PARTNERS LLC, <br><br> Defendants. | Case No. CV-13-3663-CRB <br><br> **ORDER CONSOLIDATING HEARINGS ON DEFENDANTS' MOTION TO DISMISS AND PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION AND FOR RELATED RELIEF** <br><br> Honorable Charles R. Breyer |

Good cause shown and pursuant to the parties' stipulation, the Court ORDERS as follows:

1. Plaintiffs shall have until August 30, 2013, to file their opposition to Defendants' motion to dismiss;
2. Defendants shall have until September 4, 2013, to file any reply on their motion to dismiss; and
3. The hearings on the preliminary injunction and the motion to dismiss are set for September 12, 2013, at 10:00 a.m..

IT IS SO ORDERED.

Dated: September 4, 2013

Hono
United



1

[Proposed] Order Consolidating Hearings,
Case No. CV-13-3663-CRB