**CIVIL MINUTES**

**Judge CHARLES R. BREYER**

Date: **September 12, 2013**          Time:   30 minutes

**C-13-03663** CRB

**WELLS FARGO BANK  v.  CITY OF RICHMOND**

Attorneys:      John Ertman, Rocky Tsai, Thomas Jacob
                Scott Kronland, Bill Falik, Stephen Berzon, Eric Brown, Stacey Leyton, Carlos Rivat
                Amicus: Isabelle Ord Paul Hall Sara Brody, Bonnie Lau
                Amicus: Kent Qian

Deputy Clerk: Barbara Espinoza           Reporter:  **BELLE BALL**

**PROCEEDINGS:**                                          **RULING:**

1.  Motion for Preliminary Injunction

2.  Motion to Dismiss/Lack of Jurisdiction

3.  Motions for Leave to File

**ORDERED AFTER HEARING:**

 Supplemental briefing due by 5:00 p. m. on 9/13/2013, Court will rule on 9/16/2013

( ) ORDER TO BE PREPARED BY:   Plntf ____  Deft ____  Court ____
( ) Referred to Magistrate Judge for: ____

( ) CASE CONTINUED TO ____          for ____

Discovery Cut-Off ____                    Expert Discovery Cut-Off ____
Plntf to Name Experts by ____             Deft to Name Experts by ____
P/T Conference Date ____     Trial Date ____     Set for ____ days
                   Type of Trial:  ( )Jury    ( )Court

Notes: ____