United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

WELLS FARGO BANK, NATIONAL ASSOCIATION, as Trustee, et al.,

Plaintiffs,

v.

CITY OF RICHMOND, CALIFORNIA, a municipality, and MORTGAGE RESOLUTION PARTNERS LLC,

Defendants.

No. C 13-03663 CRB

**ORDER DENYING MOTION TO PARTICIPATE AS AMICUS CURIAE**

Now pending is a Motion by William K. McKim for Leave to Participate as Amicus Curiae (dkt. 80). As Mr. McKim notes, the standard for participating as an amicus is liberal. See Mot. at 5. The Court has broad discretion to either permit or reject amicus curiae. Gerritsen v. de la Madrid Hurtado, 819 F.2d 1511, 1514 (9th Cir. 1987). "District courts frequently welcome amicus briefs from non-parties . . . if the amicus has unique information or perspective that can help the court beyond the help that the lawyers from the parties are able to provide." Sonoma Falls Developers, L.L.C. v. Nev. Gold & Casinos, Inc., 272 F. Supp. 2d 919, 925 (N.D. Cal. 2003) (internal quotations omitted). Nonetheless, here Mr. McKim's Motion was filed after the Court had both dismissed the action, see Order Granting MTD (dkt. 78), and entered Judgment, see Judgment (dkt. 79).

//

//

Accordingly, the Court finds that Mr. McKim's participation would not help the Court. The Motion is DENIED.

**IT IS SO ORDERED.**

Dated: October 21, 2013

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE